IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Norman Gomes, | NO. C 09-03190 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | **RE: SETTLEMENT** |
| Rickenbacker Group, Inc., et al, | |
| Defendants. | |

On March 23, 2010, Mediator Ruth Glick informed the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 27.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **April 30, 2010**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **May 10, 2010 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **April 30, 2010**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  April 15, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Eric John Hardeman ejhardeman@jonesday.com
Jennifer Suzanne Gregory jgregory@ecplslaw.com
June D. Coleman jcoleman@ecplslaw.com
Mark F. Anderson mark@aoblawyers.com

**Dated: April 15, 2010**                                    **Richard W. Wieking, Clerk**

                                                          **By:    /s/ JW Chambers**
                                                                 **Elizabeth Garcia**
                                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California