Eric J. Hardeman (State Bar No. 253489)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone:     (949) 851-3939
Facsimile:      (949) 553-7539
ejhardeman@jonesday.com

Attorney for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**IT IS SO ORDERED**
*Judge James Ware*
4/16/2010

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN V. GOMES, JR., | Case No.: 5:09-cv-03190-JW |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| RICKENBACKER GROUP INC., a California corporation dba Rickenbacker Collection Services, EXPERIAN INFORMATION SOLUTIONS, INC.; | |
| Defendants. | |

WHEREAS Plaintiff Norman V. Gomes Jr. ("Plaintiff") and Defendant Experian information Solutions, Inc. ("Experian") have reached an agreement to settle all of Plaintiff's claims against Experian, it is hereby STIPULATED that all of Plaintiff's claims against Experian in this action are dismissed with prejudice, with each party to bear its own costs.

| | | |
|---|---|---|
| 1 | Dated: April 15, 2010 | Respectfully submitted, |

/s/ Eric J. Hardeman
Eric J. Hardeman
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone:     (949) 553-7545
Facsimile:      (949) 553-7539

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

Dated: April 15, 2010              Respectfully submitted,

/s/ Mark F. Anderson
Mark Anderson
ANDERSON, OGILVIE & BREWER, LLP
600 California St., 18th Floor
San Francisco , CA 94108

*Attorneys for Plaintiff*
*Norman Gomes*

IRI-5890v1                              2                        5:09-cv-03190-JW
STIPULATION FOR DISMISSAL WITH
PREJUDICE