1  Mark F Anderson (State Bar No. 44787)
   ANDERSON, OGILVIE & BREWER LLP
2  600 California Street, 18th FL
   San Francisco, CA 94108
3  Telephone:     (415) 651-1951
   Facsimile:     (415) 956-3233
4  mark@aoblawyers.com

5  Attorney for Plaintiff
   NORMAN V GOMES, JR.
6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | **NORMAN V. GOMES, JR.,**            )
                                          )  Case No.: 5:09-cv-03190-JW
12 |     **Plaintiff,**                   )
                                          )
13 |     vs.                              )  **STIPULATION FOR DISMISSAL**
                                          )  **WITH PREJUDICE OF DEFENDANT**
14 | **RICKENBACKER GROUP INC., a**       )  **RICKENBACKER GROUP, INC.**
     **California corporation dba**       )
15 | **Rickenbacker Collection Services,**)
     **EXPERIAN INFORMATION**             )
16 | **SOLUTIONS, INC.;**                 )
                                          )
17 |     **Defendants**.                  )
                                          )
18                                        )
                                          )
19

20      WHEREAS Plaintiff Norman V. Gomes Jr. ("Plaintiff") and Defendant Rickenbacker

21 Group, Inc. ("Rickenbacker") have reached an agreement to settle all of Plaintiff's claims against

22
   Rickenbacker, it is hereby STIPULATED that all of Plaintiff's claims against Rickenbacker in
23
   this action are dismissed with prejudice, with each party to bear its own costs.
24

25 //

26 //

27

28
                                                              5:09-cv-03190-JW
                                                   STIPULATION FOR DISMISSAL WITH
                                                                      PREJUDICE

Dated: April 30, 2010

/s/ Jennifer S. Gregory
Jennifer S. Gregory
ELLIS, COLEMAN POIRER LA VOIE & STEINHEIMER, LLP
555 University Avenue, Ste 200
Sacramento, CA 95825
Telephone:    (916) 283-8820
Facsimile:    (916) 283-8821

*Attorneys for Defendant*
*Rickenbacker Group, Inc.*

Dated: April 30, 2010

/s/ Mark F. Anderson
Mark Anderson
ANDERSON, OGILVIE & BREWER, LLP
600 California St., 18th Floor
San Francisco , CA 94108

*Attorneys for Plaintiff*
*Norman Gomes*

IT IS SO ORDERED.

The Clerk shall close this file.

Dated: April 30, 2010

_____
United States District Judge

2      5:09-cv-03190-JW
STIPULATION FOR DISMISSAL WITH PREJUDICE